435 A.2d 653

Commonwealth v. Daub, Appellant.

Submitted March 21, 1980. Robert E. Giering, for appellant; J. Michael Morrissey, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

435 A.2d 653

Commonwealth v. Feil, Appellant.

Submitted April 16, 1980. John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of the lower court is affirmed.